UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO.  4:05-CR-19-06-SEB-MGN |
| | ) | |
| GANINE M. HOARD | ) | |
| Defendant | ) | |

ORDER APPROVING AND ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

The Court, having considered the Magistrate Judge's Report and Recommendation dated April 19, 2010, hereby approves and adopts it as an order of this Court.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the defendant's supervised release is REVOKED.  The defendant is committed to the Bureau of Prisons to serve a term of imprisonment of fifteen (15) months.  Following the fifteen-month term of imprisonment, the defendant shall be placed on supervised release for a period of twenty-one (21) months.  The Court recommends that the defendant's term of imprisonment be served at the Federal Medical Center in Lexington, Kentucky, or at a facility as close to New Albany, Indiana, as possible.  The defendant shall self surrender to the Bureau of Prisons to begin service of her sentence as notified by the U.S. Probation Office.

Date: 04/20/2010

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Josh J. Minkler
UNITED STATES ATTORNEY'S OFFICE
josh.minkler@usdoj.gov, usains.ecf-criminal@usdoj.gov, shirley.white2@usdoj.gov

Brendan Joseph McLeod
JUDAH-MCLEOD PLLC
mcleod@kycrimlaw.com


U.S. Marshal

U.S. Probation